CONSOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY COMPANY, Respondent, v. BOARD OF COMMISSIONERS OF THE SINKING FUND OF THE CITY OF NEW YORK and Others, Appellants.— Order affirmed, with twenty dollars costs and disburse-

ments, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.